# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**VILMA L. CIRINO**
    **Plaintiff,**

**v.**      Case No. 12-C-1219

**CAROLYN W. COLVIN,**
**Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

**IT IS ORDERED** that Attorney Lynn Zuehlsdorf-Mack file with the court proof of service on the plaintiff, Vilma Cirino, of her motion to withdraw as counsel.

Dated at Milwaukee, Wisconsin this 15th day of April, 2013.

    /s Lynn Adelman
    _____
    LYNN ADELMAN
    District Judge