# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**VILMA L. CIRINO**
        **Plaintiff,**

    v.                                    Case No. 12-C-1219

**CAROLYN W. COLVIN,**
**Commissioner of the Social Security Administration**
        **Defendant.**

---

## ORDER

On March 21, 2013, Attorney Lynn M. Zuehlsdorf-Mack filed a motion to withdraw as counsel for plaintiff Vilma Cirino. I directed Attorney Zuehlsdorf-Mack to file proof of service of the motion on plaintiff, which she has done. Plaintiff has not responded in opposition to the motion.

**THEREFORE, IT IS ORDERED** that the motion to withdraw as counsel (R. 15) is **GRANTED**. Given the withdrawal of counsel, I will afford plaintiff additional time to file a brief in support of her request for judicial review. Plaintiff shall file her brief on or before **May 24, 2013**; the Commissioner shall file her response brief on or before **June 24, 2013**; and plaintiff shall filed a reply brief, if any, on or before **July 9, 2013.**

The Clerk is directed to mail a copy of this order to Vilma Cirino, 820 West Somers Street, Apt. 505, Milwaukee, WI 53205.

Dated at Milwaukee, Wisconsin this 25th day of April, 2013.

                                                  /s Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge